Certificate Number: 12433-PAE-DE-032963397

Bankruptcy Case Number: 19-13116



12433-PAE-DE-032963397

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 13, 2019, at 2:27 o'clock PM EDT, Francis A. Maguire completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 13, 2019

By:  /s/Candace Jones

Name:  Candace Jones

Title:  Counselor