Certificate Number: 12433-PAE-DE-032963398

Bankruptcy Case Number: 19-13116



12433-PAE-DE-032963398

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 13, 2019</u>, at <u>2:27</u> o'clock <u>PM EDT</u>, <u>Carolyn R. Maguire</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>June 13, 2019</u>

By:  <u>/s/Candace Jones</u>

Name:  <u>Candace Jones</u>

Title:  <u>Counselor</u>