IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: FRANCIS A. MAGUIRE<br>CAROLYN R. MAGUIRE<br>**Debtor(s)** | <br><br>CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>dba CHRYSLER CAPITAL<br>**Moving Party** | Case No.: 19-13116 (JKF)<br><br>Hearing Date: 7-17-19 at 9:30 AM |
| v. | 11 U.S.C. 362 |
| FRANCIS A. MAGUIRE<br>CAROLYN R. MAGUIRE<br>**Respondent(s)** | |
| SCOTT WATERMAN<br>**Trustee** | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc. dba Chrysler Capital, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated ~~pursuant to the authority granted in Fed.R.Bankr.P. Rule 4001(a)(3)~~ to permit the movant to pursue the movant's rights in the personal property described as a **2016 Chrysler 200** bearing vehicle identification number 1C3CCCAB0GN124860 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: 7/17/19

_____
UNITED STATES BANKRUPTCY JUDGE
Judge Jean K. FitzSimon