United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-13116-jkf
Francis A. Maguire                                              Chapter 13
Carolyn R. Maguire
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: TashaD          Page 1 of 1          Date Rcvd: Jul 18, 2019
                              Form ID: pdf900       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2019.
db/jdb         +Francis A. Maguire,    Carolyn R. Maguire,    117 Holly Drive,    Hatboro, PA 19040-1516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Francis A. Maguire dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Joint Debtor Carolyn R. Maguire dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KERI P EBECK    on behalf of Creditor    Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Fulton Bank, N.A. paeb@fedphe.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc., d/b/a Chrysler
               Capital ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    SunTrust Bank ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: FRANCIS A. MAGUIRE ) | | |
| CAROLYN R. MAGUIRE ) | | |
| **Debtor(s)** ) | CHAPTER 13 | |
| ) | | |
| SANTANDER CONSUMER USA INC. ) | Case No.: 19-13116 (JKF) | |
| dba CHRYSLER CAPITAL ) | | |
| **Moving Party** ) | Hearing Date: 7-17-19 at 9:30 AM | |
| ) | | |
| v. ) | 11 U.S.C. 362 | |
| ) | | |
| FRANCIS A. MAGUIRE ) | | |
| CAROLYN R. MAGUIRE ) | | |
| **Respondent(s)** ) | | |
| ) | | |
| SCOTT WATERMAN ) | | |
| **Trustee** | | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc. dba Chrysler Capital, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2016 Chrysler 200** bearing vehicle identification number 1C3CCCAB0GN124860 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: 7/17/19

_____
UNITED STATES BANKRUPTCY JUDGE
Judge Jean K. FitzSimon