IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Francis A. Maguire<br>Carolyn R. Maguire<br>Debtors | )<br>)<br>)<br>) | Chapter 13<br><br>No. 19-13116-JKF |

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                        /s/David M. Offen
                                                        David M. Offen
                                                        Attorney for Debtor

Date:7/24/19