United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Francis A. Maguire  
Carolyn R. Maguire  
    Debtors

Case No. 19-13116-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett    Page 1 of 1    Date Rcvd: Aug 06, 2019  
Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2019.
14353435      +SST as servicing agent for BEST EGG,   4315 Pickett Road, Bankruptcy Department,    St. Joseph, Missouri 64503-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2019 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Francis A. Maguire dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
      DAVID M. OFFEN    on behalf of Joint Debtor Carolyn R. Maguire dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
      KERI P EBECK    on behalf of Creditor   Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
      KEVIN G. MCDONALD    on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
      MARIO J. HANYON    on behalf of Creditor   Fulton Bank, N.A. paeb@fedphe.com  
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
      SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA, Inc., d/b/a Chrysler Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
      WILLIAM EDWARD CRAIG    on behalf of Creditor   SunTrust Bank ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                              TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-13116-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Francis A. Maguire
117 Holly Drive
Hatboro PA 19040

Carolyn R. Maguire
117 Holly Drive
Hatboro PA 19040

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/05/2019.

Name and Address of Alleged Transferor(s):

Claim No. 14: SST as servicing agent for BEST EGG, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503

Name and Address of Transferee:

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/08/19

Tim McGrath
**CLERK OF THE COURT**