IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>FRANCIS A. MAGUIRE<br>CAROLYN R. MAGUIRE<br>             Debtors | BK. No. 19-13116-jkf<br><br>Chapter No. 13 |
| FULTON BANK, N.A.<br>             Movant<br>v.<br>FRANCIS A. MAGUIRE<br>CAROLYN R. MAGUIRE<br>             Respondents | 11 U.S.C. §362 |

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 18th day of September, 2019, at PHILADELPHIA, upon Motion of **FULTON BANK, N.A.** (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **2012 FAIRMONT PM bearing vehicle identification number 1F910PV36C1070892**(hereinafter the Property) (as more fully set forth in the Retail Installment Contract of record granted against the Property), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Contract; and it is further;

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

DAVID M. OFFEN
THE CURTIS CENTER
601 WALNUT STREET
SUITE 160 WEST
PHILADELPHIA, PA 19106

UNITED STATES TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106

FRANCIS A. MAGUIRE
117 HOLLY DRIVE
HATBORO, PA 19040

CAROLYN R. MAGUIRE
117 HOLLY DRIVE
HATBORO, PA 19040