IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>FRANCIS A. MAGUIRE<br>CAROLYN R MAGUIRE,<br><br>　　　　Debtor,<br><br>HARLEY-DAVIDSON CREDIT CORP.,<br><br>　　　　Movant,<br><br>　　v.<br><br>FRANCIS A. MAGUIRE<br>CAROLYN R MAGUIRE, and<br>SCOTT F. WATERMAN, Esq. Ch. 13 Trustee,<br><br>　　　　Respondents | Bankruptcy No. 19-13116-jkf<br><br>Chapter 13<br><br>Related to Doc. No. 26 |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN DATED JULY 15, 2019

TO THE CLERK OF COURTS:

　　　Kindly withdraw without prejudice the *Objection to Confirmation of Plan* (the "Objection"), filed on July 15, 2019, at Document No. 26. The First Amended Chapter 13 Plan filed on December 16, 2019, at Document No. 49 cures the Objection.

Dated: December 20, 2019

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　BERNSTEIN-BURKLEY, P.C.

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Keri P. Ebeck
　　　　　　　　　　　　　　　　　　　　　　　　Keri P. Ebeck
　　　　　　　　　　　　　　　　　　　　　　　　PA I.D. # 91298
　　　　　　　　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　707 Grant Street, Suite 2200
　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　　　　412-456-8112
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (412) 456-8120

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Harley-Davidson Credit Corp*