IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | |
| FRANCIS A. MAGUIRE ) | |
| CAROLYN R. MAGUIRE ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | |
| SUNTRUST BANK ) | Case No.: 19-13116 (JKF) |
| **Moving Party** ) | |
| ) | |
| v. ) | |
| ) | |
| FRANCIS A. MAGUIRE ) | |
| CAROLYN R. MAGUIRE ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |
| ) | |

## PRAECIPE WITHDRAWING SUNTRUST BANK'S OBJECTION TO CONFIRMATION

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw SunTrust's Objection To Confirmation, filed on or about July 9, 2019 (number 24 on the docket).

Date: 1/28/20

/s/ William E. Craig
William E. Craig, Esquire
Morton & Craig LLC
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for SunTrust Bank