IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: | ) |
| FRANCIS A. MAGUIRE | ) |
| CAROLYN R. MAGUIRE | ) CHAPTER 13 |
| **Debtor(s)** | ) |
| | ) |
| SUNTRUST BANK | ) Case No.: 19-13116 (JKF) |
| **Moving Party** | ) |
| | ) |
| v. | ) |
| | ) |
| FRANCIS A. MAGUIRE | ) |
| CAROLYN R. MAGUIRE | ) |
| **Respondent(s)** | ) |
| | ) |
| SCOTT F. WATERMAN | ) |
| **Trustee** | ) |
| | ) |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between SunTrust Bank and the Debtors in settlement of the Objection To Confirmation, and filed on or about January 28, 2020 in the above matter is APPROVED.

Dated: 1/29/20

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon