United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Francis A. Maguire  
Carolyn R. Maguire  
    Debtors

Case No. 19-13116-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jan 30, 2020  
                     Form ID: 155       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2020.  
db/jdb        +Francis A. Maguire,    Carolyn R. Maguire,    117 Holly Drive,    Hatboro, PA 19040-1516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2020 at the address(es) listed below:

        DAVID M. OFFEN    on behalf of Debtor Francis A. Maguire dmo160west@gmail.com,  
         davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
        DAVID M. OFFEN    on behalf of Joint Debtor Carolyn R. Maguire dmo160west@gmail.com,  
         davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
        JEROME B. BLANK    on behalf of Creditor    Fulton Bank, N.A. paeb@fedphe.com  
        KERI P EBECK    on behalf of Creditor    Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com,  
         jbluemle@bernsteinlaw.com  
        KEVIN G. MCDONALD    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
        MARIO J. HANYON    on behalf of Creditor    Fulton Bank, N.A. paeb@fedphe.com  
        POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
         ECFMail@ReadingCh13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc., d/b/a Chrysler  
         Capital ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    SunTrust Bank ecfmail@mortoncraig.com,  
         mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                               TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Francis A. Maguire and Carolyn R. Maguire

    Debtor(s)

Chapter: 13
Bankruptcy No: 19−13116−jkf

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 29th day of January, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Jean K. FitzSimon
    Judge ,
    United States Bankruptcy Court

60 − 57
Form 155