IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Francis A. Maguire           )   Chapter 13
         Carolyn R. Maguire           )
             Debtors                  )   No. 19-13116-JKF
                                      )
                                      )

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify Plan and respectfully requests that the Order attached to the Motion be approved.

                                            /s/David M. Offen
                                            David M. Offen
                                            Attorney for Debtor(s)

Date: 6/8/20