United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-13116-jkf
Francis A. Maguire                                                     Chapter 13
Carolyn R. Maguire
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett          Page 1 of 1            Date Rcvd: Jun 09, 2020
                            Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2020.
db/jdb         +Francis A. Maguire,    Carolyn R. Maguire,   117 Holly Drive,   Hatboro, PA 19040-1516
               +U.S. Dept of Education,   The Wanamaker Building,   100 Penn Square East, Suite 502,
                 Philadelphia, PA 19107-3326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
                [ *** NO NAME OR ADDRESS SUPPLIED *** ]
                [ *** NO NAME OR ADDRESS SUPPLIED *** ]
                [ *** NO NAME OR ADDRESS SUPPLIED *** ]
                                                                              TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Joint Debtor Carolyn R. Maguire dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Debtor Francis A. Maguire dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor   Fulton Bank, N.A. paeb@fedphe.com
              KERI P EBECK    on behalf of Creditor    Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Fulton Bank, N.A. paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    SunTrust Bank ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc., d/b/a Chrysler
               Capital ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Francis A Maguire | : | Case No. 19-13116-JKF |
| xxx-xx-2981 | | |
| Carolyn R Maguire | | |
| xxx-xx-4638 | | |
| Debtor | | |

AMENDED
ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$1,415.00 EVERY TWO WEEKS.

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

Dated: June 9, 2020

HONORABLE JEAN K. FITZSIMON            DATED:
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:            David M. Offen Esq.
Scott F. Waterman, Esq., Trustee   Suite 160 West, Curtis Ctr.
PO Box 680                         Philadelphia, PA 19106
Memphis, TN  38101-1799            (215) 625-9600

Payroll Controller
U.S. Dept of Education
The Wanamaker Building
100 Penn Square East, Suite 502
Philadelphia, PA 19107