IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Francis A. Maguire | : | |
| Caroline A. Maguire | : | |
| Debtors | : | No. 19-13116-amc |

O R D E R

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtors' confirmed plan is modified to reflect that $43,125.00 has been paid to the Trustee over 12 months and the Debtor shall pay $2,830.00 per month for the remaining 48 months for a total base amount of $178,965.00 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

**Date: July 15, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE

cc:

Scott F Waterman, Trustee

David M. Offen, Esquire

Francis and Carolyn Maguire