United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Francis A. Maguire  
Carolyn R. Maguire  
    Debtors

Case No. 19-13116-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett    Page 1 of 1    Date Rcvd: Jul 15, 2020  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2020.  
db/jdb    +Francis A. Maguire,    Carolyn R. Maguire,    117 Holly Drive,    Hatboro, PA 19040-1516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2020 at the address(es) listed below:

     DAVID M. OFFEN    on behalf of Debtor Francis A. Maguire dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
     DAVID M. OFFEN    on behalf of Joint Debtor Carolyn R. Maguire dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
     JEROME B. BLANK    on behalf of Creditor    Fulton Bank, N.A. paeb@fedphe.com  
     KERI P EBECK    on behalf of Creditor    Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
     KEVIN G. MCDONALD    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
     MARIO J. HANYON    on behalf of Creditor    Fulton Bank, N.A. paeb@fedphe.com  
     POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
     REBECCA ANN SOLARZ    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
     SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
     SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc., d/b/a Chrysler Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
     WILLIAM EDWARD CRAIG    on behalf of Creditor    SunTrust Bank ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

         TOTAL: 13

```
            IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

         IN RE:                     :    CHAPTER 13
                                    :
         Francis A. Maguire         :
         Caroline A. Maguire        :
              Debtors               :    No. 19-13116-amc
```

O R D E R

AND NOW, this_____ day of _____, 2020, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtors' confirmed plan is modified to reflect that $43,125.00 has been paid to the Trustee over 12 months and the Debtor shall pay $2,830.00 per month for the remaining 48 months for a total base amount of $178,965.00 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

**Date: July 15, 2020**

UNITED STATES BANKRUPTCY JUDGE

cc:

Scott F Waterman, Trustee

David M. Offen, Esquire

Francis and Carolyn Maguire