Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 19-13116-AMC

FRANCIS A. MAGUIRE  
CAROLYN R. MAGUIRE  
117 HOLLY DRIVE  
HATBORO  PA    19040

Petition Filed Date: 05/13/2019  
341 Hearing Date: 06/14/2019  
Confirmation Date: 01/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/24/2019 | $3,450.00 | Monthly Plan P | 07/22/2019 | $3,450.00 | Monthly Plan P | 07/30/2019 | $1,725.00 | 403900919234 |
| 08/13/2019 | $1,725.00 | 403901400423 | 08/27/2019 | $1,725.00 | 403901921018 | 09/10/2019 | $1,725.00 | 403902558844 |
| 09/26/2019 | $1,725.00 | 403903070811 | 10/08/2019 | $1,725.00 | 403903548741 | 10/23/2019 | $1,725.00 | 403904195214 |
| 11/05/2019 | $1,725.00 | 403904876070 | 11/20/2019 | $1,725.00 | 403905370420 | 12/04/2019 | $1,725.00 | 403906027520 |
| 12/17/2019 | $1,725.00 | 403906628688 | 01/02/2020 | $1,725.00 | 403907156965 | 01/15/2020 | $1,725.00 | 403907565988 |
| 01/28/2020 | $1,725.00 | 403907997951 | 02/12/2020 | $1,725.00 | 403908578413 | 02/25/2020 | $1,725.00 | 403909124294 |
| 03/10/2020 | $1,725.00 | 403909794358 | 03/24/2020 | $1,725.00 | 403910297154 | 04/08/2020 | $1,725.00 | 403910790347 |
| 04/21/2020 | $1,725.00 | 403911163701 | 05/05/2020 | $1,725.00 | 403912445950 | 05/19/2020 | $1,725.00 | 403913888260 |
| 06/02/2020 | $1,725.00 | 403914300444 | 06/16/2020 | $1,725.00 | 403914847827 | 06/30/2020 | $1,725.00 | 403915240036 |
| 07/14/2020 | $1,725.00 | 403915554418 | 07/28/2020 | $1,725.00 | 403915884110 | 08/11/2020 | $1,415.00 | 403916255271 |

**Total Receipts for the Period: $54,890.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $54,890.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $10,366.72 | $0.00 | $10,366.72 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $1,606.14 | $0.00 | $1,606.14 |
| 3 | CCAP AUTO LEASE LTD<br>»» 003 | Unsecured Creditors | $6,789.11 | $0.00 | $6,789.11 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $13,754.42 | $13,754.42 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $111.64 | $0.00 | $111.64 |
| 6 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $5,116.24 | $0.00 | $5,116.24 |
| 7 | GREENSKY LLC HOME DEPOT LOAN SERVICES<br>»» 006 | Unsecured Creditors | $6,507.16 | $0.00 | $6,507.16 |
| 8 | GREENSKY LLC HOME DEPOT LOAN SERVICES<br>»» 007 | Unsecured Creditors | $9,371.02 | $0.00 | $9,371.02 |
| 9 | US DEPARTMENT OF EDUCATION<br>»» 008 | Unsecured Creditors | $11,333.06 | $0.00 | $11,333.06 |
| 11 | US DEPARTMENT OF EDUCATION<br>»» 009 | Unsecured Creditors | $12,556.03 | $0.00 | $12,556.03 |
| 12 | LIGHTSTREAM a DIVISION OF SUN TRUST BANK<br>»» 010 | Secured Creditors | $27,384.70 | $8,215.55 | $19,169.15 |
| 13 | AMERICAN EXPRESS NATIONAL BANK<br>»» 011 | Unsecured Creditors | $3,423.64 | $0.00 | $3,423.64 |

**Chapter 13 Case No. 19-13116-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | BANK OF AMERICA NA<br>»» 012 | Unsecured Creditors | $8,667.08 | $0.00 | $8,667.08 |
| 15 | TD BANK NA<br>»» 013 | Unsecured Creditors | $5,125.17 | $0.00 | $5,125.17 |
| 16 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $24,774.75 | $0.00 | $24,774.75 |
| 17 | HARLEY DAVIDSON CREDIT CORP<br>»» 015 | Secured Creditors | $19,808.13 | $5,914.16 | $13,893.97 |
| 18 | QUANTUM3 GROUP LLC as agent for<br>»» 016 | Unsecured Creditors | $8,061.05 | $0.00 | $8,061.05 |
| 19 | FULTON BANK<br>»» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $3,857.93 | $0.00 | $3,857.93 |
| 21 | CREDIT FIRST NA<br>»» 019 | Unsecured Creditors | $1,587.16 | $0.00 | $1,587.16 |
| 22 | SOFI LENDING CORP<br>»» 020 | Unsecured Creditors | $19,829.27 | $0.00 | $19,829.27 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $16,624.77 | $0.00 | $16,624.77 |
| 24 | STEPHANIE MARTINEZ<br>»» 022 | Unsecured Creditors | $44,088.90 | $0.00 | $44,088.90 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $5,116.82 | $0.00 | $5,116.82 |
| 26 | CENLAR FSB<br>»» 024 | Mortgage Arrears | $6,582.70 | $1,974.84 | $4,607.86 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 025 | Unsecured Creditors | $1,178.62 | $0.00 | $1,178.62 |
| 28 | ALLY FINANCIAL<br>»» 026 | Secured Creditors | $37,537.49 | $11,207.63 | $26,329.86 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 027 | Unsecured Creditors | $2,358.57 | $0.00 | $2,358.57 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 028 | Unsecured Creditors | $956.86 | $0.00 | $956.86 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,300.00 | $5,300.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $500.00 | $0.00 | $500.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $54,890.00 | Current Monthly Payment: | $2,830.00 |
| Paid to Claims: | $46,366.60 | Arrearages: | ($3,275.00) |
| Paid to Trustee: | $5,197.40 | Total Plan Base: | $178,965.00 |
| Funds on Hand: | $3,326.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.