## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Francis A. Maguire            CHAPTER 13
        Carolyn R. Maguire
               Debtor(s)           BKY. NO. 19-13116 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                       Respectfully submitted,

/s/ *Rebecca Solarz*

Rebecca Solarz
30 Nov 2020, 10:46:16, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322