Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
Chapter 13 Case No. 19-13116-AMC

FRANCIS A. MAGUIRE  
CAROLYN R. MAGUIRE  
117 HOLLY DRIVE  
HATBORO  PA   19040

Petition Filed Date: 05/13/2019  
341 Hearing Date: 06/14/2019  
Confirmation Date: 01/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $1,725.00 | 403907156965 | 01/15/2020 | $1,725.00 | 403907565988 | 01/28/2020 | $1,725.00 | 403907997951 |
| 02/12/2020 | $1,725.00 | 403908578413 | 02/25/2020 | $1,725.00 | 403909124294 | 03/10/2020 | $1,725.00 | 403909794358 |
| 03/24/2020 | $1,725.00 | 403910297154 | 04/08/2020 | $1,725.00 | 403910790347 | 04/21/2020 | $1,725.00 | 403911163701 |
| 05/05/2020 | $1,725.00 | 403912445950 | 05/19/2020 | $1,725.00 | 403913888260 | 06/02/2020 | $1,725.00 | 403914300444 |
| 06/16/2020 | $1,725.00 | 403914847827 | 06/30/2020 | $1,725.00 | 403915240036 | 07/14/2020 | $1,725.00 | 403915554418 |
| 07/28/2020 | $1,725.00 | 403915884110 | 08/11/2020 | $1,415.00 | 403916255271 | 08/25/2020 | $1,415.00 | 403916652155 |
| 09/09/2020 | $1,415.00 | 403917131097 | 09/22/2020 | $1,415.00 | 403917454952 | 10/06/2020 | $1,415.00 | 403917864665 |
| 10/20/2020 | $1,415.00 | 403918441607 | 11/09/2020 | $1,415.00 | 403918912881 | 11/17/2020 | $1,415.00 | 403919265661 |
| 12/02/2020 | $1,415.00 | 403919632569 | 12/15/2020 | $1,415.00 | 403920072766 | 12/29/2020 | $1,415.00 | 403920429613 |
| 01/14/2021 | $1,415.00 | 403920690505 | 01/27/2021 | $1,415.00 | 403920971607 | 02/09/2021 | $1,415.00 | 403921350847 |
| 03/01/2021 | $1,415.00 | 403921637115 | 03/10/2021 | $1,415.00 | 403922115586 | 03/24/2021 | $1,415.00 | 403922509580 |
| 04/06/2021 | $1,415.00 | 403922900673 | 04/21/2021 | $1,415.00 | 403923361999 | 05/04/2021 | $1,415.00 | 403923760018 |
| 05/21/2021 | $1,415.00 | 403924101303 | 06/04/2021 | $1,415.00 | 403924531114 | | | |

**Total Receipts for the Period: $58,730.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $84,605.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $10,366.72 | $0.00 | $10,366.72 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $1,606.14 | $0.00 | $1,606.14 |
| 3 | CCAP AUTO LEASE LTD<br>»» 003 | Unsecured Creditors | $6,789.11 | $0.00 | $6,789.11 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $13,754.42 | $13,754.42 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $186.51 | $0.00 | $186.51 |
| 6 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $5,116.24 | $0.00 | $5,116.24 |
| 7 | GREENSKY, LLC<br>»» 006 | Unsecured Creditors | $6,507.16 | $0.00 | $6,507.16 |
| 8 | GREENSKY, LLC<br>»» 007 | Unsecured Creditors | $9,371.02 | $0.00 | $9,371.02 |
| 9 | US DEPARTMENT OF EDUCATION<br>»» 008 | Unsecured Creditors | $11,333.06 | $0.00 | $11,333.06 |
| 11 | US DEPARTMENT OF EDUCATION<br>»» 009 | Unsecured Creditors | $12,556.03 | $0.00 | $12,556.03 |

**Chapter 13 Case No. 19-13116-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 12 | LIGHTSTREAM a DIVISION OF SUN TRUST BANK »» 010 | Secured Creditors | $27,384.70 | $16,881.32 | $10,503.38 |
| 13 | AMERICAN EXPRESS NATIONAL BANK »» 011 | Unsecured Creditors | $3,423.64 | $0.00 | $3,423.64 |
| 14 | BANK OF AMERICA NA »» 012 | Unsecured Creditors | $8,667.08 | $0.00 | $8,667.08 |
| 15 | TD BANK NA »» 013 | Unsecured Creditors | $5,125.17 | $0.00 | $5,125.17 |
| 16 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $24,774.75 | $0.00 | $24,774.75 |
| 17 | HARLEY DAVIDSON CREDIT CORP »» 015 | Secured Creditors | $19,808.13 | $12,195.18 | $7,612.95 |
| 18 | QUANTUM3 GROUP LLC as agent for »» 016 | Unsecured Creditors | $8,061.05 | $0.00 | $8,061.05 |
| 19 | FULTON BANK »» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $3,857.93 | $0.00 | $3,857.93 |
| 21 | CREDIT FIRST NA »» 019 | Unsecured Creditors | $1,587.16 | $0.00 | $1,587.16 |
| 22 | SOFI LENDING CORP »» 020 | Unsecured Creditors | $19,829.27 | $0.00 | $19,829.27 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $16,624.77 | $0.00 | $16,624.77 |
| 24 | STEPHANIE MARTINEZ »» 022 | Unsecured Creditors | $44,088.90 | $0.00 | $44,088.90 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $5,116.82 | $0.00 | $5,116.82 |
| 26 | LAKEVIEW LOAN SERVICING LLC »» 024 | Mortgage Arrears | $6,582.70 | $4,057.91 | $2,524.79 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES »» 025 | Unsecured Creditors | $1,178.62 | $0.00 | $1,178.62 |
| 28 | ALLY FINANCIAL »» 026 | Secured Creditors | $37,537.49 | $23,110.53 | $14,426.96 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES »» 027 | Unsecured Creditors | $2,358.57 | $0.00 | $2,358.57 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES »» 028 | Unsecured Creditors | $956.86 | $0.00 | $956.86 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,300.00 | $5,300.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $500.00 | $0.00 | $500.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $84,605.00 | | Current Monthly Payment: | $2,830.00 |
| Paid to Claims: | $75,299.36 | | Arrearages: | ($7,520.00) |
| Paid to Trustee: | $7,532.15 | | Total Plan Base: | $178,965.00 |
| Funds on Hand: | $1,773.49 | | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.