IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Eastern District of Pennsylvania
PHILADELPHIA DIVISION

IN RE: FRANCIS A MAGUIRE and CAROLYN R MAGUIRE

CASE NO. 2-19-BK-13116

CLAIM: 20

### NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, SOFI LENDING CORP hereby request the Trustee notice and payment
address on its claim for the above mentioned case be changed from the following address:

**SOFI LENDING CORP**
**STE 4700 BLDG A**
**1 LETTERMAN DR**
**SAN FRANCISCO CA 94129-1512**

To the new address below:

**SOFI LENDING CORP C/O Resurgent Capital Services**
**PO Box 10587**
**Greenville SC 29603-0587**

This address change pertains to Trustee payments and all other correspondences
for this claim filed by the Creditor.

/s/ Darla Gein                                                    Date: 6/7/2022
Darla Gein
Telephone: (877) 264-5884