Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-13116-AMC**

FRANCIS A. MAGUIRE  
CAROLYN R. MAGUIRE  
117 HOLLY DRIVE  
HATBORO  PA   19040

Petition Filed Date: 05/13/2019  
341 Hearing Date: 06/14/2019  
Confirmation Date: 01/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2021 | $1,415.00 | 403922900673 | 04/21/2021 | $1,415.00 | 403923361999 | 05/04/2021 | $1,415.00 | 403923760018 |
| 05/21/2021 | $1,415.00 | 403924101303 | 06/04/2021 | $1,415.00 | 403924531114 | 06/18/2021 | $1,415.00 | 403925721373 |
| 07/01/2021 | $1,415.00 | 403926628238 | 07/13/2021 | $1,415.00 | 403927049239 | 07/27/2021 | $1,415.00 | 403927437916 |
| 08/11/2021 | $1,415.00 | 403927783102 | 08/24/2021 | $1,415.00 | 403928124029 | 09/08/2021 | $1,415.00 | 403928638101 |
| 09/21/2021 | $1,415.00 | 403929018584 | 10/12/2021 | $1,415.00 | 403929564131 | 10/20/2021 | $1,415.00 | 403930002578 |
| 11/09/2021 | $1,415.00 | 403930496198 | 11/23/2021 | $1,415.00 | 403930844920 | 12/10/2021 | $1,415.00 | 403931278766 |
| 12/21/2021 | $1,415.00 | 403931836398 | 12/28/2021 | $1,415.00 | 403932256805 | 01/12/2022 | $1,415.00 | 403932594774 |
| 02/01/2022 | $1,415.00 | 403932922312 | 02/15/2022 | $1,415.00 | 403933302969 | 03/01/2022 | $1,415.00 | 403933716398 |
| 03/09/2022 | $1,415.00 | 403934226000 | 03/23/2022 | $1,415.00 | 403934648229 | 04/06/2022 | $1,415.00 | 403935031464 |
| 04/19/2022 | $1,415.00 | 403935351072 | 05/04/2022 | $1,415.00 | 403935758438 | 05/17/2022 | $1,415.00 | 403936108278 |
| 06/01/2022 | $1,415.00 | 403936472944 | 06/14/2022 | $1,415.00 | 403936950212 | 06/29/2022 | $1,415.00 | 403937317678 |
| 07/12/2022 | $1,415.00 | 403937648496 | 07/26/2022 | $1,415.00 | 403938014354 | | | |

**Total Receipts for the Period:  $49,525.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $127,055.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $10,366.72 | $184.65 | $10,182.07 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $1,606.14 | $28.61 | $1,577.53 |
| 3 | CCAP AUTO LEASE LTD<br>»» 003 | Unsecured Creditors | $6,789.11 | $120.92 | $6,668.19 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $13,754.42 | $13,754.42 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $186.51 | $0.00 | $186.51 |
| 6 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $5,116.24 | $91.13 | $5,025.11 |
| 7 | GREENSKY, LLC<br>»» 006 | Unsecured Creditors | $6,507.16 | $115.91 | $6,391.25 |
| 8 | GREENSKY, LLC<br>»» 007 | Unsecured Creditors | $9,371.02 | $166.91 | $9,204.11 |
| 9 | US DEPARTMENT OF EDUCATION<br>»» 008 | Unsecured Creditors | $11,333.06 | $201.86 | $11,131.20 |
| 11 | US DEPARTMENT OF EDUCATION<br>»» 009 | Unsecured Creditors | $12,556.03 | $223.65 | $12,332.38 |

**Chapter 13 Case No. 19-13116-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 12 | LIGHTSTREAM a DIVISION OF SUN TRUST BANK »» 010 | Secured Creditors | $25,784.02 | $25,784.02 | $0.00 |
| 13 | AMERICAN EXPRESS NATIONAL BANK »» 011 | Unsecured Creditors | $3,423.64 | $60.98 | $3,362.66 |
| 14 | BANK OF AMERICA NA »» 012 | Unsecured Creditors | $8,667.08 | $154.37 | $8,512.71 |
| 15 | TD BANK NA »» 013 | Unsecured Creditors | $5,125.17 | $91.29 | $5,033.88 |
| 16 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $24,774.75 | $441.28 | $24,333.47 |
| 17 | HARLEY DAVIDSON CREDIT CORP »» 015 | Secured Creditors | $19,808.13 | $19,808.13 | $0.00 |
| 18 | QUANTUM3 GROUP LLC as agent for »» 016 | Unsecured Creditors | $8,061.05 | $143.58 | $7,917.47 |
| 19 | FULTON BANK »» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $3,857.93 | $68.72 | $3,789.21 |
| 21 | CREDIT FIRST NA »» 019 | Unsecured Creditors | $1,587.16 | $28.27 | $1,558.89 |
| 22 | SOFI LENDING CORP »» 020 | Unsecured Creditors | $19,829.27 | $353.19 | $19,476.08 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $16,624.77 | $296.12 | $16,328.65 |
| 24 | STEPHANIE MARTINEZ »» 022 | Unsecured Creditors | $44,088.90 | $785.29 | $43,303.61 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $5,116.82 | $91.14 | $5,025.68 |
| 26 | LAKEVIEW LOAN SERVICING LLC »» 024 | Mortgage Arrears | $6,582.70 | $6,582.70 | $0.00 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES »» 025 | Unsecured Creditors | $1,178.62 | $20.99 | $1,157.63 |
| 28 | ALLY FINANCIAL »» 026 | Secured Creditors | $37,537.49 | $37,537.49 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES »» 027 | Unsecured Creditors | $2,358.57 | $42.01 | $2,316.56 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES »» 028 | Unsecured Creditors | $956.86 | $17.04 | $939.82 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,300.00 | $5,300.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $500.00 | $0.00 | $500.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $127,055.00 | Current Monthly Payment: | $2,830.00 |
| Paid to Claims: | $112,494.67 | Arrearages: | ($10,350.00) |
| Paid to Trustee: | $11,154.55 | Total Plan Base: | $178,965.00 |
| Funds on Hand: | $3,405.78 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.