IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|  | : |  |
| FRANCES A. MAGUIRE | : |  |
| CAROLYN R. MCGUIRE | : | NO. 19-13116-AMC |
| Debtors | : |  |

### SUPPLEMENTAL APPLICATION FOR APPROVAL OF COUNSEL FEES

David M. Offen, Attorney for the above captioned Debtors, hereby requests Approval of Counsel Fees for services rendered or to be rendered and in support states the following:

1. This Court has previously approved An Application for Counsel Fees in the amount of $5,300.00.

2. The Debtors have been charged the following for post-confirmation work in this case:

|  |  |
|---|---|
| Total Counsel Fee for post confirmation work in this case | $500.00 |
| Balance to be paid by Trustee in Post Confirmation Modified Chapter 13 Plan | $500.00 |

3. The additional work consisted of the following:

| Date | Description | Hours |
|---|---|---|
| 05/11/20 | IRS notifies us on amount of Amended claim, speak with client and review Income/Expenses and Amend Schedule J | .6 |
| 05/12/20 | Prepared notice and motion to modify plan; filed with Court. | 1.0 |
| 06/01/20 | Email to trustee with Exhibit in response to email regarding IRS regarding increase of priority claim. | .2 |
| 06/03/20 | Hearing on Motion to Modify will be postponed. | .1 |
| 07/14/20 | Reviewed with Trustee, review with client that the Motion to Modify will be approved | .2 |
| 07/15/22 | Hearing held on motion to modify plan; Order entered. |  |
| **TOTAL TIME** |  | **2.1** |
| **TOTAL FEE** |  | **$500.00** |

Postage, telephone calls and copying charges are included in the legal fees charged the Debtors and are not billed separate. Counsel's hourly rate is charged at $335.00 per hour.

      WHEREFORE, David M. Offen, Attorney for the Debtors named above, respectfully requests that this Honorable Court enter an Order approving this Supplemental Application for Approval of Counsel Fees.

                                  Respectfully Submitted,

                                  <u>/s/David M. Offen</u>
                                  David M. Offen, Esquire
                                  Attorney for Debtors
Dated: 11/16/2022               The Curtis Ctr., Suite 160 West
                                  601 Walnut Street
                                  Philadelphia, Pa. 19106
                                  215-625-9600