```
            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

         IN RE:              :      CHAPTER 13
                             :
                             :
   FRANCES A. MAGUIRE        :
   CAROLYN R. MCGUIRE        :      NO. 19-13116-AMC
         Debtors             :
```

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Supplemental Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtors, and upon notice and certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $500.00 is allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the Modified Plan.

_____                _____
**DATED**                             **HONORABLE ASHELY M. CHAN**
                                      **UNITED STATES BANKRUPTCY JUDGE**

**Date: December 9, 2022**