| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-13116-AMC

FRANCIS A. MAGUIRE  
CAROLYN R. MAGUIRE  
117 HOLLY DRIVE  
HATBORO  PA    19040

Petition Filed Date: 05/13/2019  
341 Hearing Date: 06/14/2019  
Confirmation Date: 01/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $1,415.00 | 403938403156 | 08/23/2022 | $1,415.00 | 403938734330 | 09/09/2022 | $1,415.00 | 403939119057 |
| 09/23/2022 | $1,415.00 | 403939604449 | 10/04/2022 | $1,415.00 | 403940113401 | 10/20/2022 | $1,415.00 | 403940666786 |
| 11/01/2022 | $1,415.00 | 403941333232 | 11/15/2022 | $1,415.00 | 403941717459 | 11/30/2022 | $1,415.00 | 403942168783 |
| 12/13/2022 | $1,415.00 | 403942535776 | 12/30/2022 | $1,415.00 | 403943045397 | 01/11/2023 | $1,415.00 | 403943354235 |
| 01/25/2023 | $1,415.00 | 403943768450 | 02/07/2023 | $1,415.00 | 403944133723 | 02/22/2023 | $1,415.00 | 403944520662 |
| 03/10/2023 | $1,415.00 | 403944946026 | 03/24/2023 | $1,415.00 | 403945609125 | 04/14/2023 | $1,415.00 | 403946024592 |
| 04/24/2023 | $1,415.00 | 403946454401 | 05/04/2023 | $1,415.00 | 403946832620 | 05/19/2023 | $1,415.00 | 403947208344 |
| 05/31/2023 | $1,415.00 | 403947560428 | 06/13/2023 | $1,415.00 | 403948039578 | 06/27/2023 | $1,415.00 | 403948335149 |
| 07/11/2023 | $1,415.00 | 403948676958 | 07/26/2023 | $1,415.00 | 403948994423 | | | |

**Total Receipts for the Period: $36,790.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $165,260.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $10,366.72 | $1,933.25 | $8,433.47 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $1,606.14 | $299.51 | $1,306.63 |
| 3 | CCAP AUTO LEASE LTD<br>»» 003 | Unsecured Creditors | $6,789.11 | $1,266.06 | $5,523.05 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Creditors | $13,754.42 | $13,754.42 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $186.51 | $32.50 | $154.01 |
| 6 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $5,116.24 | $954.12 | $4,162.12 |
| 7 | GREENSKY LLC<br>»» 006 | Unsecured Creditors | $6,507.16 | $1,213.52 | $5,293.64 |
| 8 | GREENSKY LLC<br>»» 007 | Unsecured Creditors | $9,371.02 | $1,747.55 | $7,623.47 |
| 9 | US DEPARTMENT OF EDUCATION<br>»» 008 | Unsecured Creditors | $11,333.06 | $2,113.45 | $9,219.61 |
| 11 | US DEPARTMENT OF EDUCATION<br>»» 009 | Unsecured Creditors | $12,556.03 | $2,341.54 | $10,214.49 |
| 12 | LIGHTSTREAM a DIVISION OF SUN TRUST BANK<br>»» 010 | Secured Creditors | $25,784.02 | $25,784.02 | $0.00 |
| 13 | AMERICAN EXPRESS NATIONAL BANK<br>»» 011 | Unsecured Creditors | $3,423.64 | $638.45 | $2,785.19 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | BANK OF AMERICA NA<br>»» 012 | Unsecured Creditors | $8,667.08 | $1,616.28 | $7,050.80 |
| 15 | TD BANK NA<br>»» 013 | Unsecured Creditors | $5,125.17 | $955.78 | $4,169.39 |
| 16 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $24,774.75 | $4,620.14 | $20,154.61 |
| 17 | HARLEY DAVIDSON CREDIT CORP<br>»» 015 | Secured Creditors | $19,808.13 | $19,808.13 | $0.00 |
| 18 | QUANTUM3 GROUP LLC as agent for<br>»» 016 | Unsecured Creditors | $8,061.05 | $1,503.27 | $6,557.78 |
| 19 | FULTON BANK<br>»» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $3,857.93 | $719.46 | $3,138.47 |
| 21 | CREDIT FIRST NA<br>»» 019 | Unsecured Creditors | $1,587.16 | $296.00 | $1,291.16 |
| 22 | SOFI LENDING CORP<br>»» 020 | Unsecured Creditors | $19,829.27 | $3,697.85 | $16,131.42 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $16,624.77 | $3,100.29 | $13,524.48 |
| 24 | STEPHANIE MARTINEZ<br>»» 022 | Unsecured Creditors | $44,088.90 | $7,676.94 | $36,411.96 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $5,116.82 | $954.22 | $4,162.60 |
| 26 | NATIONSTAR MORTGAGE LLC<br>»» 024 | Mortgage Arrears | $6,582.70 | $6,582.70 | $0.00 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 025 | Unsecured Creditors | $1,178.62 | $205.30 | $973.32 |
| 28 | ALLY FINANCIAL<br>»» 026 | Secured Creditors | $37,537.49 | $37,537.49 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 027 | Unsecured Creditors | $2,358.57 | $439.82 | $1,918.75 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 028 | Unsecured Creditors | $956.86 | $166.66 | $790.20 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,300.00 | $5,300.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $500.00 | $500.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $165,260.00 | Current Monthly Payment: | $2,830.00 |
| Paid to Claims: | $147,758.72 | Arrearages: | ($14,595.00) |
| Paid to Trustee: | $14,352.44 | Total Plan Base: | $178,965.00 |
| Funds on Hand: | $3,148.84 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.