IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :       Chapter 13

Francis A Maguire               :       Case No. 19-13116-amc
xxx-xx-2981
     Debtor

ORDER

AND NOW, this 11th day of January, 2024, it is hereby ORDERED that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE