United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-13116-amc

Francis A. Maguire                                              Chapter 13

Carolyn R. Maguire
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 11, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Francis A. Maguire, Carolyn R. Maguire, 117 Holly Drive, Hatboro, PA 19040-1516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor LAKEVIEW LOAN SERVICING C/O FLAGSTAR BANK F.S.B. logsecf@logs.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Carolyn R. Maguire dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Francis A. Maguire dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |

District/off: 0313-2                          User: admin                          Page 2 of 2

Date Rcvd: Jan 11, 2024                       Form ID: pdf900                       Total Noticed: 1

JEROME B. BLANK
                     on behalf of Creditor Fulton Bank  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com

KERI P EBECK
                     on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com
                     btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

KEVIN G. MCDONALD
                     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

MARIO J. HANYON
                     on behalf of Creditor Fulton Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

POLLY A. LANGDON
                     on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

ROGER FAY
                     on behalf of Creditor Lakeview Loan Servicing  LLC rfay@alaw.net, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
                     ECFMail@ReadingCh13.com

Scott F Waterman
                     on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

THOMAS SONG
                     on behalf of Creditor LAKEVIEW LOAN SERVICING C/O FLAGSTAR BANK F.S.B. tomysong0@gmail.com

United States Trustee
                     USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                     on behalf of Creditor Santander Consumer USA  Inc., d/b/a Chrysler Capital ecfmail@mortoncraig.com,
                     mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG
                     on behalf of Creditor SunTrust Bank ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                        :    Chapter 13

Francis A Maguire             :    Case No. 19-13116-amc
xxx-xx-2981
      Debtor

ORDER

AND NOW, this __11th__ day of __January_____, 2024,
it is hereby ORDERED that the Wage Order in effect in the above
captioned matter be TERMINATED.


_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE