United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-13116-amc |
|---|---|
| Francis A. Maguire | Chapter 13 |
| Carolyn R. Maguire | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Feb 21, 2024 | Form ID: 138OBJ | Total Noticed: 69 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Francis A. Maguire, Carolyn R. Maguire, 117 Holly Drive, Hatboro, PA 19040-1516 |
| 14547157 | + | 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 14324233 | | Abington Memorial Hospital - Patient Pay, P.O. Box 826580, Philadelphia, PA 19182-6580 |
| 14324244 | + | Credit Bureau of Lancaster County Inc, PO Box 1271, Lancaster, PA 17608-1271 |
| 14324248 | + | Driftwood Too Camping Resort, 1142 Route 83, Cape May Court House, NJ 08210-1236 |
| 14359118 | + | Fulton Bank, N.A., c/o MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 14358885 | | Fulton Bank, N.A., C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14324250 | + | Grnsky/fifththirdbk, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14333547 | + | LAKEVIEW LOAN SERVICING, LLC, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14566128 | + | Lakeview Loan Servicing, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14348594 | #+ | Santander Consumer USA, Inc., c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14324257 | + | Stephanie Magure-Martinez, 109 Butternut Drive, Hatboro, PA 19040-1530 |
| 14360116 | + | Stephanie Martinez, 109 Butternut Drive, Hatboro, PA 19040-1530 |
| 14350917 | + | SunTrust Bank, C/O WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14324259 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |
| 14324747 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14324262 | + | Systems & Services Technologies/Best Egg, Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14352045 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 22 2024 00:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 22 2024 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14360987 | | Email/Text: ally@ebn.phinsolutions.com | Feb 22 2024 00:51:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14620341 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2024 00:55:01 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14620693 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2024 00:55:14 | Ally Bank Department, AIS Portfolio Services, |

District/off: 0313-2                                     User: admin                                     Page 2 of 5

Date Rcvd: Feb 21, 2024                          Form ID: 138OBJ                          Total Noticed: 69

|  |  |  |  |
|---|---|---|---|
|  |  |  | LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14324234 | + Email/Text: ally@ebn.phinsolutions.com | Feb 22 2024 00:51:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14346004 | Email/PDF: bncnotices@becket-lee.com | Feb 22 2024 01:08:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14324235 | + Email/PDF: bncnotices@becket-lee.com | Feb 22 2024 01:08:20 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14324236 | + Email/Text: creditcardbkcorrespondence@bofa.com | Feb 22 2024 00:51:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14351784 | + Email/Text: mortgagebkcorrespondence@bofa.com | Feb 22 2024 00:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14357895 | Email/Text: BKPT@cfna.com | Feb 22 2024 00:51:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14324237 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2024 00:55:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14332023 | + Email/Text: enotifications@santanderconsumerusa.com | Feb 22 2024 00:51:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14324239 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2024 01:08:20 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14359638 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2024 00:55:26 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14324240 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2024 00:55:16 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14324241 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2024 00:55:17 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14324242 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2024 00:55:26 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 14324243 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 22 2024 00:51:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14324245 | + Email/Text: BKPT@cfna.com | Feb 22 2024 00:51:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14330830 | Email/Text: mrdiscen@discover.com | Feb 22 2024 00:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14324246 | + Email/Text: mrdiscen@discover.com | Feb 22 2024 00:51:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14356621 | + Email/Text: bankruptcy@fultonbank.com | Feb 22 2024 00:51:00 | FULTON BANK, N.A., Special Assets 5th Floor, One Penn Square, Lancaster, PA 17602-2853 |
| 14324249 | + Email/Text: bankruptcy@fultonbank.com | Feb 22 2024 00:51:00 | Fulton Bank Of New J, 533 Fellowship Road, Mount Laurel, NJ 08054-3411 |
| 14338756 | + Email/Text: bankruptcy@greenskycredit.com | Feb 22 2024 00:51:00 | Greensky, LLC, 1797 Northeast Expressway Suite 100, Atlanta, GA 30329-2451 |
| 14324251 | + Email/Text: bankruptcy.notices@hdfsi.com | Feb 22 2024 00:51:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 14353822 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 22 2024 00:51:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14324252 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 22 2024 00:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14324238 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 22 2024 01:08:20 | Chase Card Services, Attn: Bankruptcy, Po Box |

District/off: 0313-2 | User: admin | Page 3 of 5
Date Rcvd: Feb 21, 2024 | Form ID: 138OBJ | Total Noticed: 69

| | | | | |
|---|---|---|---|---|
| | | | | 15298, Wilmington, DE 19850 |
| 14336946 | + | Email/Text: RASEBN@raslg.com | Feb 22 2024 00:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14324253 | + | Email/Text: bankruptcy@kservicing.com | Feb 22 2024 00:51:00 | Kabbage Inc, 730 Peachtree Street NE Ste 350, Atlanta, GA 30308-1226 |
| 14566033 | ^ | MEBN | Feb 22 2024 00:50:34 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14357841 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2024 00:55:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14360921 | + | Email/Text: BKelectronicnotices@cenlar.com | Feb 22 2024 00:51:00 | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14810850 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 22 2024 00:51:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14735970 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 22 2024 00:51:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14360974 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 22 2024 00:55:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14356472 | | Email/Text: bnc-quantum@quantum3group.com | Feb 22 2024 00:51:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14324254 | | Email/Text: BankruptcyMail@questdiagnostics.com | Feb 22 2024 00:51:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 14353435 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 22 2024 00:55:15 | SST as servicing agent for BEST EGG, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 14324255 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 22 2024 00:51:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14359621 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2024 00:55:02 | SoFi Lending Corp, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14324256 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Feb 22 2024 00:55:15 | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 14342105 | + | Email/Text: bankruptcy@bbandt.com | Feb 22 2024 00:51:00 | SunTrust Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 14324258 | + | Email/Text: bankruptcy@bbandt.com | Feb 22 2024 00:51:00 | Suntrust, Attn: Bankruptcy, Mail Code VA-RVW-6290 PO Box 85092, Richmond, VA 23285-5092 |
| 14324260 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 22 2024 00:55:15 | Syncb/home Design Sele, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14324261 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 22 2024 00:55:26 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14324263 | | Email/Text: bankruptcy@td.com | Feb 22 2024 00:51:00 | TD Bank, 32 Chestnut St, Lewiston, ME 04240 |
| 14341432 | | Email/Text: electronicbkydocs@nelnet.net | Feb 22 2024 00:51:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14324264 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 22 2024 00:51:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14324266 | | Email/Text: membersolutions@wefloridafinancial.com | Feb 22 2024 00:51:00 | We Florida Financial, Attn: Bankruptcy, Po Box |

District/off: 0313-2                              User: admin                                    Page 4 of 5

Date Rcvd: Feb 21, 2024                        Form ID: 138OBJ                                Total Noticed: 69

14548, Fort Lauderdale, FL 33302

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14324247 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14466827 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14468334 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14470080 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14324265 | *+ | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:

**Name**                          **Email Address**

CHRISTOPHER A. DENARDO
                    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC logsecf@logs.com

CHRISTOPHER A. DENARDO
                    on behalf of Creditor LAKEVIEW LOAN SERVICING C/O FLAGSTAR BANK F.S.B. logsecf@logs.com

DAVID M. OFFEN
                    on behalf of Debtor Francis A. Maguire dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
                    on behalf of Joint Debtor Carolyn R. Maguire dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JEROME B. BLANK
                    on behalf of Creditor Fulton Bank  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com

KERI P EBECK
                    on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

KEVIN G. MCDONALD
                    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

MARIO J. HANYON
                    on behalf of Creditor Fulton Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARK A. CRONIN
                    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

District/off: 0313-2                          User: admin                                    Page 5 of 5

Date Rcvd: Feb 21, 2024                       Form ID: 138OBJ                                 Total Noticed: 69

POLLY A. LANGDON
                          on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

ROGER FAY
                          on behalf of Creditor Lakeview Loan Servicing  LLC rfay@alaw.net, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
                          ECFMail@ReadingCh13.com

Scott F Waterman
                          on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

THOMAS SONG
                          on behalf of Creditor LAKEVIEW LOAN SERVICING C/O FLAGSTAR BANK F.S.B. tomysong0@gmail.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                          on behalf of Creditor Santander Consumer USA  Inc., d/b/a Chrysler Capital wcraig@egalawfirm.com,
                          mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG
                          on behalf of Creditor SunTrust Bank wcraig@egalawfirm.com  mortoncraigecf@gmail.com


TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Francis A. Maguire and Carolyn R.
Maguire

        Debtor(s)                               Case No: 19−13116−amc

                                                   Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/21/24

112 − 111
Form 138OBJ