| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-13116-AMC**

| | |
|---|---|
| FRANCIS A. MAGUIRE | Petition Filed Date: 05/13/2019 |
| CAROLYN R. MAGUIRE | 341 Hearing Date: 06/14/2019 |
| 117 HOLLY DRIVE | Confirmation Date: 01/29/2020 |
| HATBORO  PA   19040 | |

Case Status: Completed on 1/30/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $1,415.00 | 403949326007 | 08/23/2023 | $1,415.00 | 403949693703 | 09/07/2023 | $1,415.00 | 403950053809 |
| 09/19/2023 | $1,415.00 | 403950353917 | 10/03/2023 | $1,415.00 | 403950710854 | 10/18/2023 | $1,415.00 | 403951159588 |
| 10/31/2023 | $1,415.00 | 403951536937 | 11/14/2023 | $1,415.00 | 403951804863 | 11/29/2023 | $1,415.00 | 403952126486 |
| 12/13/2023 | $1,415.00 | 403952504352 | 01/10/2024 | $1,415.00 | 403953122713 | 01/30/2024 | $1,415.00 | 403953394913 |

**Total Receipts for the Period: $16,980.00   Amount Refunded to Debtor Since Filing:  $1,860.00   Total Receipts Since Filing: $180,825.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK  »» 001 | Unsecured Creditors | $10,366.72 | $2,674.55 | $7,692.17 |
| 2 | DISCOVER BANK  »» 002 | Unsecured Creditors | $1,606.14 | $414.37 | $1,191.77 |
| 3 | CHRYSLER CAPITAL AUTO LEASE LTD  »» 003 | Unsecured Creditors | $1,723.81 | $1,723.81 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)  »» 04P | Priority Crediors | $13,754.42 | $13,754.42 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)  »» 04U | Unsecured Creditors | $186.51 | $48.13 | $138.38 |
| 6 | CHASE BANK USA NA  »» 005 | Unsecured Creditors | $5,116.24 | $1,320.00 | $3,796.24 |
| 7 | GREENSKY LLC  »» 006 | Unsecured Creditors | $6,507.16 | $1,678.85 | $4,828.31 |
| 8 | GREENSKY LLC  »» 007 | Unsecured Creditors | $9,371.02 | $2,417.67 | $6,953.35 |
| 9 | US DEPARTMENT OF EDUCATION  »» 008 | Unsecured Creditors | $11,333.06 | $2,923.86 | $8,409.20 |
| 11 | US DEPARTMENT OF EDUCATION  »» 009 | Unsecured Creditors | $12,556.03 | $3,239.41 | $9,316.62 |
| 12 | LIGHTSTREAM, A DIVISION  »» 010 | Secured Creditors | $25,784.02 | $25,784.02 | $0.00 |
| 13 | AMERICAN EXPRESS NATIONAL BANK  »» 011 | Unsecured Creditors | $3,423.64 | $883.28 | $2,540.36 |
| 14 | BANK OF AMERICA NA  »» 012 | Unsecured Creditors | $8,667.08 | $2,236.07 | $6,431.01 |
| 15 | TD BANK NA  »» 013 | Unsecured Creditors | $5,125.17 | $1,322.27 | $3,802.90 |
| 16 | LVNV FUNDING LLC  »» 014 | Unsecured Creditors | $24,774.75 | $6,391.75 | $18,383.00 |

**Chapter 13 Case No. 19-13116-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 17 | HARLEY DAVIDSON CREDIT CORP<br>»» 015 | Secured Creditors | $19,808.13 | $19,808.13 | $0.00 |
| 18 | QUANTUM3 GROUP LLC as agent for<br>»» 016 | Unsecured Creditors | $8,061.05 | $2,079.71 | $5,981.34 |
| 19 | FULTON BANK<br>»» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $3,857.93 | $995.35 | $2,862.58 |
| 21 | CREDIT FIRST NA<br>»» 019 | Unsecured Creditors | $1,587.16 | $409.51 | $1,177.65 |
| 22 | SOFI LENDING CORP<br>»» 020 | Unsecured Creditors | $19,829.27 | $5,115.82 | $14,713.45 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $16,624.77 | $4,289.11 | $12,335.66 |
| 24 | STEPHANIE MARTINEZ<br>»» 022 | Unsecured Creditors | $44,088.90 | $11,374.70 | $32,714.20 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $5,116.82 | $1,320.12 | $3,796.70 |
| 26 | NATIONSTAR MORTGAGE LLC<br>»» 024 | Mortgage Arrears | $6,582.70 | $6,582.70 | $0.00 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 025 | Unsecured Creditors | $1,178.62 | $304.07 | $874.55 |
| 28 | ALLY FINANCIAL<br>»» 026 | Secured Creditors | $37,537.49 | $37,537.49 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 027 | Unsecured Creditors | $2,358.57 | $608.49 | $1,750.08 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 028 | Unsecured Creditors | $956.86 | $246.83 | $710.03 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,300.00 | $5,300.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 31 | SYNCHRONY BANK | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | ABINGTON MEMORIAL HOSPITAL PATIENT PAY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | AMERICAN EXPRESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | CREDIT BU LANCASTER CNTY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | CREDIT FIRST NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | DRIFTWOOD TOO CAMPING RESORT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | KABBAGE, INC. | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 39 | QUEST DIAGNOSTICS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | FRANCIS A. MAGUIRE | Debtor Refunds | $1,860.00 | $1,860.00 | $0.00 |

**Chapter 13 Case No. 19-13116-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $180,825.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $165,144.49 | Arrearages: | $0.00 |
| Paid to Trustee: | $15,680.51 | Total Plan Base: | $178,965.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.