United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Francis A. Maguire  
Carolyn R. Maguire  
    Debtors

Case No. 19-13116-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Sep 20, 2024     Form ID: 138FIN     Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Francis A. Maguire, Carolyn R. Maguire, 117 Holly Drive, Hatboro, PA 19040-1516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 20 2024 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2024 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:

**Name**      **Email Address**

CHRISTOPHER A. DENARDO  
     on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 20, 2024 | Form ID: 138FIN | Total Noticed: 3 |

**CHRISTOPHER A. DENARDO**
    on behalf of Creditor LAKEVIEW LOAN SERVICING C/O FLAGSTAR BANK F.S.B. logsecf@logs.com

**DAVID M. OFFEN**
    on behalf of Joint Debtor Carolyn R. Maguire dmo160west@gmail.com
    davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

**DAVID M. OFFEN**
    on behalf of Debtor Francis A. Maguire dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

**DENISE ELIZABETH CARLON**
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

**JEROME B. BLANK**
    on behalf of Creditor Fulton Bank  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com

**KERI P EBECK**
    on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

**KEVIN G. MCDONALD**
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

**MARIO J. HANYON**
    on behalf of Creditor Fulton Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**POLLY A. LANGDON**
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

**ROGER FAY**
    on behalf of Creditor Lakeview Loan Servicing  LLC rfay@alaw.net, bkecf@milsteadlaw.com

**SCOTT F. WATERMAN [Chapter 13]**
    ECFMail@ReadingCh13.com

**Scott F Waterman**
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

**THOMAS SONG**
    on behalf of Creditor LAKEVIEW LOAN SERVICING C/O FLAGSTAR BANK F.S.B. tomysong0@gmail.com

**United States Trustee**
    USTPRegion03.PH.ECF@usdoj.gov

**WILLIAM EDWARD CRAIG**
    on behalf of Creditor SunTrust Bank wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com

**WILLIAM EDWARD CRAIG**
    on behalf of Creditor Santander Consumer USA  Inc., d/b/a Chrysler Capital wcraig@egalawfirm.com,
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 17

*Form 138FIN* (6/24)−doc 122 − 121

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Francis A. Maguire ) | Case No. 19−13116−amc |
| ) | |
| ) | |
|    Carolyn R. Maguire ) | Chapter: 13 |
| ) | |
|    Debtor(s). ) | |

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: September 20, 2024

For The Court

Timothy B. McGrath
Clerk of Court