United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-13116-amc

Francis A. Maguire                                                              Chapter 13

Carolyn R. Maguire

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 22, 2024 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Francis A. Maguire, Carolyn R. Maguire, 117 Holly Drive, Hatboro, PA 19040-1516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC logsecf@logs.com |
| CHRISTOPHER A. DENARDO | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING C/O FLAGSTAR BANK F.S.B. logsecf@logs.com |
| DAVID M. OFFEN | |
| | on behalf of Joint Debtor Carolyn R. Maguire dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | |
| | on behalf of Debtor Francis A. Maguire dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |

District/off: 0313-2         User: admin         Page 2 of 2

Date Rcvd: Oct 22, 2024         Form ID: 195         Total Noticed: 1

JEROME B. BLANK
> on behalf of Creditor Fulton Bank  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com

KERI P EBECK
> on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com
> btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KEVIN G. MCDONALD
> on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

MARIO J. HANYON
> on behalf of Creditor Fulton Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

POLLY A. LANGDON
> on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

ROGER FAY
> on behalf of Creditor Lakeview Loan Servicing  LLC rfay@alaw.net, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
> ECFMail@ReadingCh13.com

Scott F Waterman
> on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

THOMAS SONG
> on behalf of Creditor LAKEVIEW LOAN SERVICING C/O FLAGSTAR BANK F.S.B. tomysong0@gmail.com

United States Trustee
> USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
> on behalf of Creditor Santander Consumer USA  Inc., d/b/a Chrysler Capital wcraig@egalawfirm.com,
> mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM EDWARD CRAIG
> on behalf of Creditor SunTrust Bank wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                          : Chapter 13

Francis A. Maguire and Carolyn R. Maguire          : Case No. 19−13116−amc
          Debtor(s)

### *ORDER*

_____

      AND NOW, this day , October 22, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

      ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                   By The Court

                   Ashely M. Chan
                   Chief Judge, United States Bankruptcy Court